IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>                     Plaintiff,          )<br>                                                      )<br>          vs.                                     )<br>                                                      )<br>JOHN MASS and                          )<br>SARAH PENNEY,                         )<br>                                                      )<br>                     Defendants.     ) | 8:11CR106<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant John Mass (Mass) (Filing No. 37).  Mass seeks an extension of time in which to file pretrial motions in accordance with the progression order (Filing No. 35).  Mass' counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted and the pretrial motion deadline will be extended for both defendants.

**IT IS ORDERED:**

Defendant Mass' motion for an extension of time (Filing No. 37) is granted.  Defendants Mass and Penney are given until **on or before June 15, 2011,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 17, 2011, and June 15, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 17th day of May, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge