IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:11CR106** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN MASS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant John Mass (Mass) for an order allowing Mass to attend a funeral service for his step-father who passed away on June 13, 2011 (Filing No. 48). Mass is detained in custody pending disposition of the charges against him (Filing No. 26). The motion will be granted to the extent that Mass may be permitted a private viewing while being escorted by U.S. Marshals at such time and under such conditions as the U.S. Marshal may require. Such conditions may include the reimbursement of the costs for the escorting U.S. Marshal staff.

**IT IS SO ORDERED.**

DATED this 14th day of June, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge