## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:11CR106 |
| vs. | ) | ORDER |
| **JOHN MASS,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the second motion of defendant John Mass for release from detention to attend funeral services for his step-father (Filing No. 50). Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 16th day of June, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge