IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR106 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN MASS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the joint motion of the government and defendant John Mass (Mass) for an extension of time to file any objections to the Magistrate Judge's Findings and Recommendations (Filing No. 83). The motion will be granted.

**IT IS ORDERED:**

1.  The joint motion to extend time (Filing No. 83) is granted.

2.  Any objection to the Magistrate Judge's Findings and Recommendation (Filing No. 81) shall be filed with the Clerk of the Court **on or before October 17, 2011**. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

DATED this 3rd day of October, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge